United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 5, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-30309
Summary Calendar

_____

SUNDAY OLAKANPO OLASBIKAN,

                                    Petitioner-Appellant,

versus

JOHN ASHCROFT; DORIS MEISSNER; BUREAU OF IMMIGRATION AND
CUSTOMS ENFORCEMENT; EDWARD MCELROY; CHRISTINE G. DAVIS,

                                    Respondents-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 02-CV-2607
--------------------

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

     Sunday Olakanpo Olasebikan, Federal prisoner # 04895-078,

has appealed the dismissal, pursuant to Immigration and

Nationality Act ("INA") § 242(a)(2)(B), of his petition for a

writ of habeas corpus, under 28 U.S.C. § 2241, challenging the

affirmance by the Bureau of Immigration Appeals of the denial of

his application under INA § 212(c) for waiver of deportation.

Because Olasebikan has departed from the United States, we lack

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

jurisdiction and the appeal must be dismissed.  See 8 U.S.C.

§ 1105a(c) (1994); see also Cipriano v. INS, 24 F.3d 763, 764

(5th Cir. 1994).

APPEAL DISMISSED.